# UNITED STATES DISTRICT COURT
# IN THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | Case No. 2:13-cr-130 |
| § | |
| **STEPHANIE DEMING, et al.** § | |

## DISCOVERY ORDER

Discovery obligations of the United States are set forth in *Brady v. Maryland*, 83 S.Ct. 1194 (1963), *United States v. Giglio*, 92 S.Ct. 763 (1972), 18 U.S.C. § 3500, Federal Rule of Evidence 404(b)(2), and Federal Rules of Criminal Procedure 12(b)(4), 12.1(b), 16, and 26.2. Compliance by the United States is ordered without the necessity of the defendants having to file written motions with the Court.

No motion for discovery shall be filed until the United States has denied discovery and a certification to that denial is made with the motion. Requests to the United States for discovery shall not be filed with the Court.

ORDERED this 11th day of March, 2013.

_____
HAYDEN HEAD
SENIOR UNITED STATES DISTRICT JUDGE