UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | Case No. 2:13-cr-130 |
| | § | |
| **STEPHANIE DEMING, et al.** | § | |

## ORDER WITHDRAWING MOTION AND DISCOVERY DEADLINES

The Court orders all motion and discovery deadlines withdrawn, and will establish new deadlines at the Initial Pretrial Conference on April 2, 2013. In the interim, all defendants are ordered to pursue discovery.

ORDERED this 11th day of March, 2013.

_____
HAYDEN HEAD
SENIOR UNITED STATES DISTRICT JUDGE